HARVINDER S. ANAND (SBN 243913)
ANAND LAW GROUP, P.C.
790 E. Colorado Boulevard, Suite 900
Pasadena, California 91101
Phone: (626) 239-7250
Fax: (626) 239-7150
Email: harv@anandlawgroup.com

Attorneys for Plaintiff
Samick Music Corp., dba "Health Mate"

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMICK MUSIC CORP., dba "HEALTH MATE,"<br><br>Plaintiff,<br><br>v.<br><br>GARRETT GORDON, an individual; NAOMI MASON, a.k.a. "KALI MASON," an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00395 GW (JDEx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Action Filed: February 26, 2020 |

-1-

# [PROPOSED] ORDER

**TO DEFENDANT GARRETT GORDON:**

Having reviewed the *Ex Parte* Application for Issuance of Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction ("Application"), filed by Plaintiff Samick Music Corp., dba "Health Mate" ("Plaintiff"); the Declarations of Corey Smee and Harvinder S. Anand and the accompanying exhibits, filed with the Application; and the Complaint filed herein, and GOOD CAUSE appearing, the Court FINDS AS FOLLOWS:

1. Plaintiff has demonstrated it is likely to succeed on the merits of its claims against Defendants Garrett Gordon and Naomi Mason, aka "Kali Mason," for: (a) Federal Trademark Infringement, 15 U.S.C. § 1114(1)(a); (b) Federal Trademark Counterfeiting, 15 U.S.C. § 1114(1)(b); (c) Federal Trademark and Trade Name Infringement, False Designation of Origin, and Unfair Competition, 15 U.S.C. § 1125(a); (d) Federal Trademark Dilution, 15 U.S.C. § 1125(c); (e) Cyberpiracy, 15 U.S.C. § 1125(d)(1)(A); (f) Federal Misappropriation of Trade Secrets, 18 U.S.C. § 1836(b); (g) California Common Law Trademark Infringement; (h) Misappropriation of Trade Secrets Under California's Uniform Trade Secrets Act, Cal. Civ. Code §§ 3426 *et seq.*; and (i) Unfair Competition, Cal. Bus. & Prof. Code §§ 17200 *et seq.*

2. Plaintiff is likely to suffer irreparable harm, including loss of profits and customers and damage to its goodwill and business reputation, absent injunctive relief.

3. The balance of equities tips decidedly in Plaintiff's favor.

4. The requested injunction would serve the public interest by upholding the important policy of protecting Plaintiff's valuable trademarks, logo, trade name, and trade secret information.

-2-

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

1   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that
2   Plaintiff's Application for a Temporary Restraining Order is hereby GRANTED.
3   IT IS FURTHER ORDERED, pending further order of this Court, that
4   Defendant Garrett Gordon ("Defendant Gordon") and Defendant Gordon's
5   officers, agents, servants, employees, representatives, associates, related corporate
6   entities, owners, and operators, and/or all persons acting for, on behalf of, or in
7   concert or cooperation with any of them (including but not limited to Defendant
8   Naomi Mason, also known as "Kali Mason" ("Defendant Mason")) and who have
9   notice of this Order, are restrained and enjoined and shall immediately cease and
10  desist:
11      1.   From any and all use of Plaintiff's HEALTH MATE Trademarks
12  and/or its HEALTH MATE Logo, including without limitation, the use of
13  "HEALTH MATE REPLACEMENT PARTS" or any other confusingly similar
14  combination that includes the words "HEALTH MATE."  This provision applies,
15  without limitation, to the use or display of the HEALTH MATE Trademark and
16  HEALTH MATE Logo on any website, (including You Tube and
17  www.healthmateparts.com) or in connection with the advertisement or sale of any
18  product.
19      2.   From any and all use of the "Health Mate" trade name or corporate
20  name, including without limitation the use of "Health Mate Fulfillment," "Health
21  Mate Sauna," "Health Mate Sauna Fulfillment," "Health Mate Wellness," "Health
22  Mate Infrared Sauna," "HM Corporate Sales," or any other confusingly similar
23  combination that includes the words "Health Mate" or the letters "HM."  This
24  provision applies, without limitation, to the use or display of the word "Health
25  Mate" or "HM" in any email address, in any email message, in any text message,
26  in connection with any credit card merchant processing account, on any website, or

-3-

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

1  in connection with the advertisement, sale, attempted sale or packaging of any product.

     3.     From registering any domain name that includes "Health Mate" or any confusingly similar combination of words.

     4.     From assigning, transferring or otherwise hypothecating the healtmateparts.com domain name to anyone other than to Plaintiff.

     5.     From assigning, transferring or otherwise hypothecating the "healthmatesaunas@gmail.com" email account to anyone other than to Plaintiff.

     6.     From assigning, transferring or otherwise hypothecating the "Healthmatesaunaoffical@gmail.com" email account to anyone other than to Plaintiff.

     7.     From directly or indirectly accessing, using, transferring, transmitting, assigning, disclosing, or making available to any person or entity other than Plaintiff, any of Plaintiff's confidential, proprietary, or trade secret documents, data or information, including but not limited to the information contained in the customer resource management database known as Pipedrive.

     8.     From altering, modifying, revising, deleting, erasing, removing, destroying, disposing, or otherwise tampering with, any evidence, documents, or other materials, in any form, relating to this action and/or the issues raised herein. This provision applies, without limitation, to any and all papers, emails, text messages, voicemail messages, and instant messages.

     IT IS FURTHER ORDERED that the domain registrar forthwith transfer the www.healtmateparts.com domain name to Plaintiff.

///
///
///
///

-4-

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

IT IS FURTHER ORDERED that Defendant Gordon and Defendant Gordon's officers, agents, servants, employees, representatives, associates, related corporate entities, owners, and operators, and/or all persons acting for, on behalf of, or in concert or cooperation with any of them (including but not limited to Defendant Mason) and who have notice of this Order:

1. Forthwith take all necessary steps and actions to assist the registrar in transferring the "healtmateparts.com" domain name to Plaintiff.

2. Forthwith instruct any print directory, Internet directory, or website, including but not limited to You Tube, that Defendant Gordon or Defendant Mason has caused to carry the Health Mate trade name, the HEALTH MATE Trademark, and/or their HEALTH MATE Logo or any other confusingly similar combination that includes the words "Health Mate," either alone or in combination with other words or symbols, to cease using such marks.

3. Forthwith transfer any and all website content at the "healtmateparts.com" domain name to Plaintiff.

4. Forthwith take all necessary steps and actions to transfer the "healthmatesaunas@gmail.com" email account to Plaintiff.

5. Not alter, modify, forward, or delete any email stored anywhere in the "healthmatesaunas@gmail.com" email account, prior to the transfer of that account to Plaintiff.

6. Forthwith take all necessary steps and actions to transfer the "Healthmatesaunaoffical@gmail.com" email account to Plaintiff.

7. Not alter, modify, forward, or delete any email stored anywhere in the "Healthmatesaunaoffical@gmail.com" email account, prior to the transfer of that account to Plaintiff.

8. Forthwith return to Plaintiff all copies of any of Plaintiff's confidential, proprietary, or trade secret documents, data or information, including

-5-

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

but not limited to the information contained in the Customer Resource Management database known as Pipedrive, that is in the possession, custody, or control of Defendant Gordon or Defendant Gordon's officers, agents, servants, employees, representatives, associates, related corporate entities, owners, and operators, and/or all persons acting for, on behalf of, or in concert or cooperation with any of them, including but not limited to Defendant Mason.

IT IS FURTHER ORDERED that Defendant Gordon shall file with the Court and serve on Plaintiff a report in writing, under oath, setting forth in detail the manner and form in which Defendant Gordon has complied with this Order, within thirty days after service of this Order. Defendant Gordon shall serve the report on Plaintiff by mail and by email to: harv@anandlawgroup.com.

IT IS FURTHER ORDERED that Plaintiff shall not be required to post a bond because the evidence indicates that Defendant Gordon will not suffer any damage by the issuance of this temporary restraining order.

## EFFECTIVE DATE/TIME

The above Temporary Restraining Order is effective immediately.

## ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION

Defendant Gordon is hereby ORDERED TO SHOW CAUSE and to appear before this Court as follows to show cause, if any, why a preliminary injunction should not issue continuing the above Temporary Restraining Order:

The hearing shall take place before the Honorable George H. Wu on _____, at _____, in Courtroom 9D of the United States District Court, located at 350 West 1st Street, Los Angeles, California 90012.

///

///

///

///

-6-

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

The Court sets the following briefing schedule on the order to show cause:

(a) Defendant Gordon shall file and serve opposition papers, if any, by no later than _____; and

(b) Plaintiff shall file and serve its reply brief, if any, by no later than _____.

IT IS SO ORDERED.

Dated: _____  _____

Hon. George H. Wu
United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

**PROOF OF SERVICE**
*Samick Music Corp. v. Gordon, et al.*
Case No. 8:20-cv-00395 GW (JDEx)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, certify and declare that I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the above-entitled cause; my business address is 790 E. Colorado Blvd, Suite 900, Pasadena, CA 91101. On March 13, 2020 I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

on the interested parties in this action:

/**X**/    by placing / / the original /X / a true copy thereof enclosed in sealed envelopes addressed as follows:

Garrett Gordon
2271 Aria Drive
Henderson, NV 89052

**X**    BY OVERNIGHT MAIL:  I caused to be served the foregoing document(s) by Federal Express, an express service carrier which provides for delivery reasonably calculated to ensure delivery not later than the close of the next business day papers are filed with the court. I caused true copies of the foregoing document(s) to be placed in a sealed envelope or package designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided.

**X**    BY EMAIL: By electronically mailing the documents(s) listed above to the immediately following email address(es) or to the email address(es) set forth in the attached service list, per agreement or consent of the party or parties, or as a courtesy copy. Email address served: ggordon@teamvalorem.com.

Executed on March 13, 2020 at Pasadena, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    /s/ Harvinder S. Anand
    Harvinder S. Anand